UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON OGLESBY, individually and on behalf of others similarly situated**<br><br>**VERSUS**<br><br><br>**MASSE CONTRACTING, INC., et al.** | **CIVIL ACTION NO.: 19-2360**<br><br>**SECTION: "D"(2)**<br><br>**DISTRICT JUDGE**<br>**WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE**<br>**DONNA PHILLIPS CURRAULT** |

## JOINT MOTION TO APPROVE SETTLEMENTAND FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Brandon Oglesby ("Mr. Oglesby"), and Defendants, Masse Contracting, Inc. ("Masse") and Weeks Marine, Inc. ("Weeks"), (collectively, the "Parties"), who respectively file this Joint Motion to Approve Settlement and for Dismissal and represent as set forth below.

Plaintiff filed this lawsuit on March 14, 2019, alleging that Defendants were his employers and failed to pay him overtime compensation in violation of the Fair Labor Standards Act. Defendants denied said allegations. In March 2020, the Parties began initial settlement discussions in an attempt to amicably resolve this matter. The Parties were able to successfully compromise this matter on June 15, 2020.

**WHEREFORE**, and for the reasons more fully set forth in the Memorandum in Support, Plaintiff and Defendants pray that this Joint Motion to Approve Settlement and for Dismissal be granted, and that the Confidential Release, Covenant Not to Sue and Settlement Agreement, provided to the Court for *in camera* inspection, be approved after this Court is satisfied that it is fair and reasonable. Additionally, the Parties pray that this matter be dismissed with prejudice.

Respectfully submitted:

| | |
|---|---|
| _/s/ Steven D. Jackson_ | _/s/ David M. Whitaker_ |
| **C. ARLEN BRAUD, II, #20719** | **DAVID M. WHITAKER (#21149)** |
| **MICHELLE O. GALLAGHER, #23886** | **ZOE W. VERMEULEN (#34804)** |
| **STEVEN D. JACKSON, #35841** | KEAN MILLER LLP |
| Braud & Gallagher, L.L.C. | 909 Poydras Street, Suite 3600 |
| 111 N. Causeway Blvd., Ste. 201 | New Orleans, LA 70112 |
| Mandeville, LA 70448 | Telephone: (504) 585-3050 |
| Telephone: (985) 778-0771 | Facsimile: (504) 585-3051 |
| Facsimile: (985) 231-4663 | david.whitaker@keanmiller.com |
| arlenb@braudandgallagher.com | zoe.vermeulen@keanmiller.com |
| michelleg@braudandgallagher.com | *Counsel for Weeks Marine, Inc.* |
| stevenj@braudandgallagher.com | |
| *Counsel for Plaintiff, Brandon Oglesby* | |

**PHELPS DUNBAR LLP**

 _/s/ Brandon E. Davis_
**BRANDON E. DAVIS (BAR #29823)**
**REBECCA SHA (BAR #35317)**
Canal Place – 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
davisb@phelps.com
shar@phelps.com
*Attorneys for Defendant, Masse Contracting, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

_____
**STEVEN D. JACKSON**