UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON OGLESBY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2360-WBV-DPC** |
| **MASSE CONTRACTING, INC.** | **SECTION "D" (2)** |

### ORDER

Before the Court is a Joint Motion to Approve Settlement and For Dismissal (R. Doc. 48). Plaintiff, Brandon Oglesby, sued defendants, Masse Contracting, Inc. and Weeks Marine, Inc., on behalf of himself and those similarly situated for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, including the alleged failure to pay overtime for hours worked in excess of forty hours in a workweek. Defendants deny the allegations. The parties now ask the Court for approval of their settlement agreement. The Court has reviewed the Joint Motion, as well as the Confidential Release, Covenant Not to Sue and Settlement Agreement, which the parties submitted to the Court for *in camera* review.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED.** The

settlement is **APPROVED** as a fair and reasonable compromise of a bona fide dispute under the FLSA.

    **IT IS FURTHER ORDERED** that all claims asserted by Plaintiff in this case are **DISMISSED with prejudice**, with each party to bear its own costs.

    New Orleans, Louisiana, August 7, 2020.

                                */s/ Wendy B. Vitter*
                                **WENDY B. VITTER**
                                **UNITED STATES DISTRICT JUDGE**